**WON YONG KIM, Debtor-Appellant,**

v.

**Thomas Patrick GORMAN, Trustee-Appellee,**

and

**Judy A. Robbins, II, Trustee.**

No. 16-2227

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 27, 2017

Won Yong Kim, Appellant Pro Se. Thomas Patrick Gorman, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Won Yong Kim appeals from the district court's order dismissing her appeal from the bankruptcy court's dismissal of her Chapter 13 bankruptcy proceeding. The district court dismissed Kim's appeal after she failed to timely file a designation of the record. *See* Fed. R. Bankr. P. 8009(a)(1). We have reviewed the record and the district court's order and find no reversible error and no abuse of discretion. *See* Fed.

R. Bankr. P. 8001(a); *In re SPR Corp.*, 45 F.3d 70, 74 (4th Cir. 1995); *In re Serra Builders, Inc.*, 970 F.2d 1309, 1311 (4th Cir. 1992). Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*.